UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TOM MCMURTRY; JOHNNIE STANLEY; and AYIZAN MCMURTRY, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br>　v.<br><br>CLEAN HARBORS ENVIRONMENTAL SERVICES, INC,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 2:20-cv-06774-ES-MAH<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties to the above-captioned action hereby stipulate and agree that this matter is dismissed with prejudice, with each party being responsible for its own fees and costs. All parties waive any right of appeal.

*/s/ David Zatuchni*                              */s/ James N. Boudreau*

David Zatuchni, Esq.                         James N. Boudreau, Esq.
Zatuchni & Associates, LLC            Greenberg Traurig, LLP
287 South Main Street                       1717 Arch Street, Suite 400
Lambertville, NJ 08530                      Philadelphia, PA 19103
609-243-0300                                        215-988-7833

Attorneys for Plaintiffs                       Attorneys for Defendant


Dated: January 19, 2023

SO ORDERED

　s/Evelyn Padin　
Evelyn Padin, U.S.D.J.

Date: 1/20/2023